# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:

RUBEN OCASIO PINO                                    CASE NO. 16-03030
YELITZA RODRIGUEZ DE JESUS                           CHAPTER 13

DEBTOR(S)
_____/

## AMENDMENT TO SCHEDULES

COMES NOW DEBTOR, by and through the undersigned attorney, and in support of the instant Amendment to Schedules herein STATES, ALLEGES, and PRAYS as follows:

1. On May 6, 2019, this Honorable Court ordered the Debtor to file an Amended Schedule A/B within seven (7) days. See, Docket No. 195.

2. Accordingly, the Debtors respectfully submit an Amended Schedule A/B in order to comply with this Honorable Court's Order.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send notification, upon information and belief, of such filing to the following: CHAPTER 13 TRUSTEE AND THE UNITED STATES TRUSTEE and to all CM/ECF participants.

**RESPECTFULLY SUBMITTED**.
In San Juan, Puerto Rico this 6th day of March 2019.

**THE BATISTA LAW GROUP, PSC.**
P.O. Box 191059
San Juan, PR. 00919
Telephone: (787) 620-2856
Facsimile: (787) 777-1589
E-mail: wrv@batistasanchez.com
Counsel for Debtor

/s/ William Rivera Vélez
William Rivera Vélez, USDC # 229408

Fill in this information to identify your case and this filing:

Debtor 1: **RUBEN OCASIO PINO**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): **YELITZA I. RODRIGUEZ-DE-JESUS**
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number: 3:16-bk-3030

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

**1.1**

**URB. LOS ARBOLES CALLE 520 # J-12**
Street address, if available, or other description

**RIO GRANDE**  **PR**  **00745**
City / State / ZIP Code

County

**What is the property?** Check all that apply
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Debtor's Primary Residence. CONCREETE 3 BEDROOMS, 2 BATHS, LIVING, DINING, LAUNDRY AND BALCONY**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $140,000.00
**Current value of the portion you own?** $140,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee Simple**

☒ Check if this is community property (see instructions)

---

Debtor 1 **PINO, RUBEN OCASIO & RODRIGUEZ-DE-JESUS, YELITZA**
Debtor 2 **I.**

Case number *(if known)* **3:16-bk-3030**

**If you own or have more than one, list here:**

**1.2**

**CALLE 12 BLOQUE 9 #7 SABANA GARDENS**
Street address, if available, or other description

**CAROLINA**   **PR**   **00983**
City   State   ZIP Code

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
■ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** **$235,000.00**

**Current value of the portion you own?** **$235,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

■ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

- Value of the property as of the date of the voluntary petition: 135,000.00
- Per Court's Order, the Debtors include the alleged current value of the property as disclosed in Firstbank's Objection filed at Docket No. 190. Amount stated herein is in response to Court's Order and not a representation of the Debtors.

**2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**   **$375,000.00**

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

**3.1** Make: **Honda**
Model: **Odyssey**
Year: **2002**
Approximate mileage:
Other information:
**2002 HONDA ODDYSSEY**

**Who has an interest in the property?** Check one
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** **$3,600.00**
**Current value of the portion you own?** **$3,600.00**

**3.2** Make: **Jeep**
Model: **Patriot**
Year: **2009**
Approximate mileage:
Other information:
**2009 JEEP PATRIOT**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** **$5,000.00**
**Current value of the portion you own?** **$5,000.00**

| Debtor 1 | PINO, RUBEN OCASIO & RODRIGUEZ-DE-JESUS, YELITZA I. | Case number *(if known)* | 3:16-bk-3030 |
|---|---|---|---|
| Debtor 2 | | | |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................=>   **$8,600.00**

---

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?   **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   > RANGE $200., REFRIGERATOR $200., WASHER AND DRYER $300., MICROWAVE OVEN $200., KITCHEN GADGETS $650., LIVING ROOM SET $300., DINING SET $250., TV SET $500., ESTEREO EQUIPMENT $250., BEDROOM SET $250., CHAIRS AND TABLES $100., COMPUTER $950., CELL PHONES $400. SATELITE ANTENA $120, AND OTHER MISC. HOUSEHOLD GOODS ($350.00)

   **$5,000.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   > CELL PHONES, LAPTOP, HOME PRINTER, AND OTHER MISC. HOUSEHOLD ELECTRONICS

   **$1,000.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    > Wearing apparel.

    **$1,000.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No

---

Official Form 106A/B                Schedule A/B: Property                page 3
Software Copyright (c) 2019 CINGroup - www.cincompass.com

| | | |
|---|---|---|
| Debtor 1 | PINO, RUBEN OCASIO & RODRIGUEZ-DE-JESUS, YELITZA I. | |
| Debtor 2 | | Case number *(if known)*  3:16-bk-3030 |

☑ Yes. Describe.....

| | |
|---|---|
| MISC. WATCHES, AND OTHER NON-BRAND PERSONAL JEWLERY | $750.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ☑ Yes. Give specific information.....

| | |
|---|---|
| WEDDING RINGS | $1,000.00 |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..............................................................................**   $8,750.00

---

**Part 4:   Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ☑ Yes............................................................

| | | |
|---|---|---|
| | Cash on hand. | $100.00 |
| | PETTY CASH (RUBEN HAIRSTYLING) | $200.00 |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ☑ Yes........................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking Account | BANCO POPULAR DE PUERTO RICO CHECKING A/C # 132-680998 | $1,216.00 |
| 17.2. | Checking Account | BBPR CHECKING ACCOUNT #0998 (RUBEN HAIRSTYLING) | $51.38 |
| 17.3. | Checking Account | SCOTIABANK CHECKING ACCOUNT (RUBEN HAIRSTYLING) | $0.30 |
| 17.4. | | AUTORIDAD DE ENERGIA ELECTRICA (UTILITY DEPOSTIS OF PRIMARY RESIDENCE) | $75.00 |
| 17.5. | | AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO (UTILITY DEPOSITS PRIMARY RESIDNECE) | $150.00 |

| | | |
|---|---|---|
| Debtor 1 | PINO, RUBEN OCASIO & RODRIGUEZ-DE-JESUS, YELITZA I. | Case number *(if known)* 3:16-bk-3030 |
| Debtor 2 | | |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...................
    Name of entity:                              % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
    Type of account:        Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ No
    ■ Yes. ....................         Institution name or individual:

    AUTORIDAD DE ENERGIA ELECTRICA           $5,000.00
    UTILITY DEPOSITS
    (RUBEN HAIRSTYLING)

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**                                   **Current value of the portion you own?**
                                                                      Do not deduct secured claims or exemptions.

| Debtor 1 | PINO, RUBEN OCASIO & RODRIGUEZ-DE-JESUS, YELITZA I. | Case number *(if known)* | **3:16-bk-3030** |
|---|---|---|---|
| Debtor 2 | | | |

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:        Beneficiary:        Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.....................................................................................................................**      **$6,792.68**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No. Go to Part 6.
    ■ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ■ No
    ☐ Yes. Describe.....

| Debtor 1 | PINO, RUBEN OCASIO & RODRIGUEZ-DE-JESUS, YELITZA I. | | |
|---|---|---|---|
| Debtor 2 | | Case number *(if known)* | 3:16-bk-3030 |

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☐ No
    ■ Yes. Describe.....

    | EQUIPMENT (RUBEN HAIRSTYLING) | $1,940.00 |
    |---|---|

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☐ No
    ■ Yes. Describe.....

    | FURNITURE AND FIXTURES. | $14,305.00 |
    |---|---|

41. **Inventory**
    ☐ No
    ■ Yes. Describe.....

    | PRODUCT INVENTORY (RUBEN HAIRSTYLING) | $350.00 |
    |---|---|

42. **Interests in partnerships or joint ventures**
    ■ No
    ☐ Yes. Give specific information about them...................
    Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    ■ No.
    ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ■ No
    ☐ Yes. Describe.....

44. **Any business-related property you did not already list**
    ■ No
    ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.......................................................................................................** → $16,595.00

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

| | |
|---|---|
| Debtor 1 | **PINO, RUBEN OCASIO & RODRIGUEZ-DE-JESUS, YELITZA I.** |
| Debtor 2 | |

Case number *(if known)* **3:16-bk-3030**

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... $0.00

**Part 8:** List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................................................................................................... | | $375,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $8,600.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $8,750.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $6,792.68 | |
| 59. | **Part 5: Total business-related property, line 45** | $16,595.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $40,737.68 | Copy personal property total    $40,737.68 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | $415,737.68 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **RUBEN OCASIO PINO** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | **YELITZA I. RODRIGUEZ-DE-JESUS** | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | |
| Case number (if known) | **3:16-bk-3030** | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ RUBEN OCASIO PINO**                        X **/s/ YELITZA I. RODRIGUEZ-DE-JESUS**
**RUBEN OCASIO PINO**                                **YELITZA I. RODRIGUEZ-DE-JESUS**
Signature of Debtor 1                                Signature of Debtor 2

Date **May 13, 2019**                                Date **May 13, 2019**